UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

    EUGENE J. PRINCO,
        Debtor.
_____/

GERALD C. SOUCH,
       Plaintiff,

v.

EUGENE J. PRINCO,
       Defendant.
_____/

Case No. 18-21439-dob
Chapter 13 Proceeding
Hon. Daniel S. Opperman

Adversary Proceeding
Case No. 18-2061-dob

## OPINION AND ORDER REGARDING
## PLAINTIFF'S MOTION TO CONSIDER TIMELY FILED RULE 60 MOTION

Plaintiff, Gerald Souch, filed papers with this Court that the Court concluded requested relief that could only be granted in an adversary proceeding. Accordingly, the Clerk of the Court opened this instant action and pleadings have since been filed, including an Answer by the Defendant, Eugene Princo.

Plaintiff has filed pleadings expressing concern that he was not able to serve papers in a timely fashion, mainly because of his incarceration in Arizona. The Court understands and appreciates his concerns, but this action remains open and Plaintiff need not have those concerns. Moreover, the Covid-19 pandemic has greatly limited in-person hearings, so no valuable time has been lost in this action.

The Court notes that a review of the papers filed in this case indicate that the parties believe this matter has preliminary issues that, if addressed, would either resolve this adversary proceeding or narrow the remaining issues. Before the Court addresses these issues, however, the Court

1

requires confirmation from each party that each is satisfied with the state of the pleadings and if not, amend the necessary pleadings. Given Plaintiff's situation, the Court will set longer deadlines than usual.

Plaintiff must file a short report, along with any amended pleadings, regarding his view of the issues the Court can address, by November 19, 2021.

Defendant must file a responsive report, along with any amended pleadings, regarding his view of the issues the Court can address, by December 17, 2021.

Plaintiff may file pleadings responsive to Defendant's report and pleadings by February 4, 2022.

IT IS SO ORDERED.

**Signed on October 4, 2021**

/s/ Daniel S. Opperman
_____
**Daniel S. Opperman
United States Bankruptcy Judge**