UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION—BAY CITY

In re:

        Case No. 18-21439

IN RE EUGENE J PRINCO,         Chapter 13

    Debtor.
        Hon. Daniel S. Opperman
_____/

GERALD C. SOUCH,

    Plaintiff,

v.

        Adv. Proc. No. 18-2061

EUGENE J PRINCO,

    Defendant.
_____/

<u>ORDER REGARDING OPINION IN ADVERSARY PROCEEDING</u>

For the reasons stated in an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that based upon the record before the Court, the Court concludes that Plaintiff has failed to meet his burden of proving by a preponderance of the evidence that the debt owing to him is nondischargeable under 11 U.S.C. § 523. Therefore, the debt at issue is dischargeable The Court further concludes that there is no impediment to a Chapter 13 discharge as applicable to this creditor under 11 U.S.C. § 1328.

1

**Signed on February 27, 2023**



/s/ Daniel S. Opperman

Daniel S. Opperman
United States Bankruptcy Judge